

Clerk
U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

                Case No. 11-21003-11
                       11-21022-11

Debtors.

---

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

    Plaintiffs,                Adversary Proceeding No. 12-60997

vs.

LINDA LOUISE BEADLE,

    Defendant.

### MOTION TO WITHDRAW

COMES NOW the movants, Bert Braud of The Popham Law Firm and Michael Sexton of Sexton & Shelor and move the Court for an Order permitting them to withdraw as attorneys of record for debtors/plaintiffs in this cause of action.

In support of said motion, movants state the following:

1. In the course of representing debtors/plaintiffs, a substantial difference of opinion has developed between debtors/plaintiffs and movants about the nature of the claims in this case.

2. In the investigation and evaluation of this claim, a significant difference of opinion has arisen regarding the nature of plaintiff's damages in this case.

3. Throughout movants representation of debtors/plaintiffs, differences have arisen regarding how to prosecute this claim. These difference make it unlikely that movants will be able to effectively represent debtors/plaintiffs in this case.

4. It is in the best interest of debtors/plaintiffs that they be allowed to obtain counsel that they have confidence in.

WHEREFORE, Movants move the Court for an Order permitting them to withdraw as attorneys for debtors/plaintiffs in this case.

Respectfully submitted,

/s/ Michael L. Sexton
Michael L. Sexton, Ks. No. 9182
Sexton & Shelor
6901 Shawnee Mission Pkwy.
Suite 111
Shawnee Mission, Kansas 66202
Tel 913-789-7477
Fax 913-789-7377
mls@sslplaw.com
Movant

/s/ Bert S. Braud
Bert S. Braud
The Popham Law Firm
712 Broadway, Suite 100
Kansas City, Missouri 64105
Tel 816-512-2625
Fax 816-221-3999
bbraud@pophamlaw.com
Movant

## CERTIFICATE OF MAILING

I, Michael Sexton, hereby certify that I placed a copy of the above in the U.S. Mail, first class postage prepaid, this 1st day of April, 2013, to: Erlene Krigel, 4550 Belleview, Kansas City, Missouri 64111, attorney for Debtors/Plaintiffs; Colin N. Gotham, 7225 Renner Road, Suite 200, Shawnee, Kansas 66217, attorney for defendant, and to Mark Neighbors, Shelly Neighbors, 14761 Bond, Overland Park, Kansas 66221, Debtors/Plaintiffs.

/s/ Michael L. Sexton
Michael L. Sexton
Attorney for Plaintiff