

FILED
Kansas City, KS
APR 1 6 2013
Clerk
U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

                Debtors.

Case No. 11-21003-11
11-21022-11

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

                Plaintiffs,

vs.

LINDA LOUISE BEADLE,

                Defendant.

Adversary Proceeding No. 12-60997

### PLAINTIFF'S MOTION TO FILE ANSWER OUT OF TIME

COME NOW the plaintiffs, by and through counsel, and move this Court for an Order permitting plaintiffs to file their Answer to Defendant's Counterclaim out of time. In support of said motion, plaintiffs submit the following:

1. At the time defendant filed her Answer and Counter claim, counsel for plaintiffs were not notified of its filing.

2. Allowing plaintiffs to file their Answer to Defendant's Counterclaim will not prejudice defendant and will permit plaintiffs to properly defend this Counterclaim.

WHEREFORE, plaintiffs move the Court for an Order permitting them to file their Answer to Defendant's Counterclaim out of time.

Respectfully submitted,                              Respectfully submitted,


 /s/ Michael L. Sexton                                /s/ Bert S. Braud
Michael L. Sexton, Ks. No. 9182                      Bert S. Braud
Sexton & Shelor                                       The Popham Law Firm
6901 Shawnee Mission Pkwy.                            712 Broadway, Suite 100
Suite 111                                             Kansas City, Missouri 64105
Shawnee Mission, Kansas  66202                        Tel 816-512-2625
Tel 913-789-7477                                      Fax 816-221-3999
Fax 913-789-7377                                      bbraud@pophamlaw.com
mls@sslplaw.com                                       Counsel for Plaintiffs
Counsel for Plaintiffs

## **CERTIFICATE OF MAILING**

I, Michael Sexton, hereby certify that I placed a copy of the above in the U.S. Mail, first class postage prepaid, this 15th day of April, 2013, to: Erlene Krigel, 4550 Belleview, Kansas City, Missouri 64111, attorney for Debtors/Plaintiffs; Colin N. Gotham, 7225 Renner Road, Suite 200, Shawnee, Kansas 66217, attorney for defendant, and to Mark Neighbors, Shelly Neighbors, 14761 Bond, Overland Park, Kansas 66221, Debtors/Plaintiffs.

/s/ Michael L. Sexton
Michael L. Sexton
Attorney for Plaintiff