

U.S. Bankruptcy Court
Kansas City, KS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

               Case No. 11-21003-11
                    11-21022-11

    Debtors.

_____

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

    Plaintiffs,           Adversary Proceeding No. 12-6097

vs.

LINDA LOUISE BEADLE,

    Defendant.

### ANSWER TO DEFENDANT'S COUNTERCLAIM

COME NOW the plaintiffs, by and through counsel, and for their Answer to Defendant's Counterclaim, state the following

#### COUNT I

1. Plaintiffs deny the allegations contained in paragraph 1.

2. Plaintiffs deny the allegations contained in paragraph 2.

3. Plaintiffs deny the allegations contained in paragraph 3.

4. Plaintiffs deny the allegations contained in paragraph 4.

## COUNT II

5. Plaintiffs deny the allegations contained in paragraph 6.

6. Plaintiffs deny the allegations contained in paragraph 7.

8. Plaintiffs deny the allegations contained in paragraph 8.

WHEREFORE, plaintiffs pray the Court to dismiss defendant's Counterclaim, that defendant take naught through this Counterclaim, and for such other and further relief as the Court deems just, proper, and equitable.

Respectfully submitted,                                    Respectfully submitted,


 /s/ Michael L. Sexton                                      /s/ Bert S. Braud
Michael L. Sexton, Ks. No. 9182                            Bert S. Braud
Sexton & Shelor                                            The Popham Law Firm
6901 Shawnee Mission Pkwy.                                 712 Broadway, Suite 100
Suite 111                                                  Kansas City, Missouri 64105
Shawnee Mission, Kansas 66202                              Tel 816-512-2625
Tel 913-789-7477                                           Fax 816-221-3999
Fax 913-789-7377                                           bbraud@pophamlaw.com
mls@sslplaw.com                                            Counsel for Plaintiffs
Counsel for Plaintiffs

## CERTIFICATE OF MAILING

I, Michael Sexton, hereby certify that I placed a copy of the above in the U.S. Mail, first class postage prepaid, this 15th day of April, 2013, to: Erlene Krigel, 4550 Belleview, Kansas City, Missouri 64111, attorney for Debtors/Plaintiffs; Colin N. Gotham, 7225 Renner Road, Suite 200, Shawnee, Kansas 66217, attorney for defendant, and to Mark Neighbors, Shelly Neighbors, 14761 Bond, Overland Park, Kansas 66221, Debtors/Plaintiffs.

/s/ Michael L. Sexton
Michael L. Sexton
Attorney for Plaintiff