IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS



IN RE:

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

Case No. 11-21003-11
11-21022-11

Debtors.

---

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

Plaintiffs,

Adversary Proceeding No. 12-6097

vs.

LINDA LOUISE BEADLE,

Defendant.

### ANSWER TO DEFENDANT'S COUNTERCLAIM

COME NOW the plaintiffs, by and through counsel, and for their Answer to Defendant's Counterclaim, state the following:

### COUNT I

1. Plaintiffs deny the allegations contained in paragraph 1.

2. Plaintiffs deny the allegations contained in paragraph 2.

3. Plaintiffs deny the allegations contained in paragraph 3.

4. Plaintiffs deny the allegations contained in paragraph 4.

## COUNT II

5. Plaintiffs deny the allegations contained in paragraph 6.

6. Plaintiffs deny the allegations contained in paragraph 7.

8. Plaintiffs deny the allegations contained in paragraph 8.

WHEREFORE, plaintiffs pray the Court to dismiss defendant's Counterclaim, that defendant take naught through this Counterclaim, and for such other and further relief as the Court deems just, proper, and equitable.

Respectfully submitted,

_____
Michael L. Sexton, Ks. No. 9182
Sexton & Shelor
6901 Shawnee Mission Pkwy.
Suite 111
Shawnee Mission, Kansas 66202
Tel 913-789-7477
Fax 913-789-7377
mls@sextonandshelor.com
Counsel for Plaintiffs

Respectfully submitted,

_____
Bert S. Braud
The Popham Law Firm
712 Broadway, Suite 100
Kansas City, Missouri 64105
Tel 816-512-2625
Fax 816-221-3999
bbraud@pophamlaw.com
Counsel for Plaintiffs

## CERTIFICATE OF MAILING

I, Michael Sexton, hereby certify that I placed a copy of the above in the U.S. Mail, first class postage prepaid, this 15th day of April, 2013, to: Erlene Krigel, 4550 Belleview, Kansas City, Missouri 64111, attorney for Debtors/Plaintiffs; Colin N. Gotham, 7225 Renner Road, Suite 200, Shawnee, Kansas 66217, attorney for defendant, and to Mark Neighbors, Shelly Neighbors, 14761 Bond, Overland Park, Kansas 66221, Debtors/Plaintiffs.

_____
Michael L. Sexton
Attorney for Plaintiff