**SO ORDERED.**

**SIGNED this 19th day of April, 2013.**



_____
Dale L. Somers
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS | ) | Bankruptcy Case No. 11-21003 |
| SHELLY KAY NEIGHBORS, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEIGHBORS INVESTMENTS, INC. | ) | Bankruptcy Case No. 11-21022 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS | ) | |
| SHELLY KAY NEIGHBORS, | ) | Adversary Case No. 12-06097 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| LINDA BEADLE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING DEBTORS' JOINT MOTION TO CONTINUE HEARINGS SET FOR
APRIL 19, 2013 AT 1:30 P.M.

The Court takes up the Debtors Mark Stephen Neighbors, Shelly Kay Neighbors and Neighbors Investments, Inc.'s ("Debtors") Joint Motion to Continue the hearings now set for April 19, 2013 at 1:30 p.m., and finds as follows:

1. Debtors were scheduled to appear for status hearings on the Plans of Reorganization and Disclosure Statements for each of the above-captioned cases, and the Motions also set on April 19, 2013 at 1:30 p.m.

2. Specifically, Debtors requested that the Court continue the status hearings on the following in connection with Bankruptcy Case No. 11-21003:

   a. Motion to Sell one piece of real property, located at 16963 Gentle Slopes Drive, Gravois Mills, Missouri 65037, filed on behalf of Debtor Mark Stephen Neighbors and Joint Debtor Shelly Kay Neighbors.

   b. Disclosure Statement filed by Debtor Mark Stephen Neighbors and Joint Debtor Shelly Kay Neighbors.

   c. Chapter 11 Plan of Reorganization filed by Debtor Mark Stephen Neighbors and Joint Debtor Shelly Kay Neighbors.

   d. Motion to Impose Automatic Stay as to 16961 and 16959 Gentle Slopes Drive filed on behalf of Debtor Mark Stephen Neighbors and Joint Debtor Shelly Kay Neighbors.

3. Debtors also requested that the Court continue the status hearings on the following in connection with Bankruptcy Case No. 11-21022:

   a. Disclosure Statement filed by Debtor Neighbors Investments, Inc.

   b. Chapter 11 Plan of Reorganization filed by Debtor Neighbor Investments, Inc.

4. Debtors also requested that the Court continue the status hearing in the Adversary Case No. 12-06097 on the Motion to Withdraw as Attorneys filed by Bert Braud, Michael Sexton.

5. These matters are set for status hearings on April 19, 2013 at 1:30 p.m.

6. Debtors' counsel has plans to be out of town on April 19, 2013.

7. The Debtors and their counsel have requested that the Court continue the aforementioned hearings to April 25, 2013 at 10:00 a.m.

**ACCORDINGLY,**

IT IS HEREBY ORDERED that the Debtors' Joint Motion to Continue Hearings Set for April 19, 2013 at 1:30 p.m. is granted and these matters are continued to April 25, 2013 at 10:00 a.m.

# # #

Submitted by:

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel, KS No. 70425
4550 Belleview
Kansas City, Missouri 64111
TEL: (816) 756-5800
FAX: (816) 756-1999
ATTORNEYS FOR DEBTORS

```
                           United States Bankruptcy Court
                                 District of Kansas
Neighbors,
         Plaintiff                                       Adv. Proc. No. 12-06097-DLS
Beadle,
         Defendant
                              CERTIFICATE OF NOTICE
District/off: 1083-2          User: knicole              Page 1 of 2         Date Rcvd: Apr 19, 2013
                              Form ID: pdf020ap          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2013.
aty          +Bert S. Braud,    Popham Law Firm, P.C.,    712 Broadway, Suite 100,    Kansas City, MO 64105-1537
aty          +Michael L. Sexton,    Sexton & Shelor,    6901 Shawnee Mission Pkwy., Ste. 111,
               Shawnee Mission, KS 66202-4083
aty          +Michael L. Sexton,    6700 Antioch, Suite 120,    Shawnee Mission, KS 66204-1200
dft          +Linda Louise Beadle,    11678 South Carriage Road,    Olathe, KS 66062-8029
pla          +Mark Stephen Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
pla          +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Apr 20 2013 02:42:58     U.S. Trustee,
               Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Michael L. Sexton
aty*         +Michael L. Sexton,    Sexton & Shelor,    6901 Shawnee Mission Pkwy., Ste. 111,
               Shawnee Mission, KS 66202-4083
cc*          +Linda Louise Beadle,    11678 South Carriage Road,    Olathe, KS 66062-8029
cd*          +Mark Stephen Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
cd*          +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**          **Signature:** *Joseph Speetjens*

Case 12-06097    Doc# 28    Filed 04/21/13    Page 4 of 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2013 at the address(es) listed below:
          Colin N. Gotham    on behalf of Defendant Linda Beadle colin@evans-mullinix.com, denise@evans-mullinix.com

TOTAL: 1