## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: )
)
MARK STEPHEN NEIGHBORS, ) Case No. 11-21003-11
SHELLY KAY NEIGHBORS, and ) Case No. 11-21022-11
NEIGHBORS INVESTMENTS, INC. )
) Chapter 11
Debtors. )
_____)
MARK STEPHEN NEIGHBORS, )
SHELLY KAY NEIGHBORS, and )
NEIGHBORS INVESTMENTS, INC., ) Adversary Proceeding No. 12-06097
)
Plaintiffs, )
)
vs. )
)
LINDA LOUISE BEADLE, )
)
Defendant. )

**F I L E D**
Kansas City, KS
MAY 1 5 2013
Clerk
U.S. Bankruptcy Court

## SUGGESTIONS IN OPPOSITION TO MOTION TO WITHDRAW

COME NOW Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors, and for their

Suggestions in Opposition to attorneys Mike Sexton and Bert Braud's Motion to Withdraw as

Counsel, state as follows:

1.     Movants filed their Motion to Withdraw as Counsel on or about April 1, 2013.

2.     An attorney who has appeared in a case may only withdraw from a case in

accordance with D. Kan. Rule 83.5.5 and the Kansas Rules of Professional Conduct.

3.     The Kansas Rules of Professional Conduct provide that a lawyer may only

withdraw from representing a client if withdrawal can be accomplished without a material

adverse effect on the interests of the client. Kansas Supreme Court Rule 226 - KRPC 1.16.

4. Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors are not represented by substitute counsel and are not qualified to represent themselves *pro se*.

5. Plaintiff/Debtor Neighbors Investments, Inc. is a Kansas corporation and legally distinct from Mark and Shelly Neighbors as individuals; Mark and Shelly Neighbors cannot represent the interests of Neighbors Investments, Inc. *pro se* without violating the prohibition against the unauthorized practice of law.

6. When Plaintiffs/Debtors Mark and Shelly Neighbors retained counsel herein, counsel represented that they were willing to pursue Plaintiffs' claims against Beadle <u>to fruition</u>.

7. Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors object to the withdrawal of attorneys Mike Sexton and Bert Braud on the grounds that their withdrawal would materially prejudice their claims by preventing them from prosecuting said claims and/or by delaying the prosecution of said claims by requiring Plaintiffs/Debtors to seek and retain new counsel.

WHEREFORE Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors pray that this Court deny movants' Motion to Withdraw as Counsel and for such further relief as this Court deems necessary and proper.

/s/Mark Neighbors
*Pro Se*

/s/Shelly Neighbors
*Pro Se*

14761 Bond, Overland Park KS 66221
913-681-2028 FAX
913-915-9477 PHONE
marksneighbors@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Suggestions in Opposition to Motion to Withdraw was mailed on this 11th day of May 2013 to the parties listed below:

Office of U.S. Trustee
301 N Main, Suite 1150
Wichita  KS 67202

U.S. Bankruptcy Court
161 U.S. Courthouse
500 State Avenue
Kansas City KS 66101

Mike Sexton
Sexton & Shelor Law Firm
6901 Shawnee Mission Parkway, Suite 111
Shawnee Mission KS 66204

Bert Braud
Popham Law Firm
712 Broadway Boulevard
Kansas City MO 64105

Erlene Krigel
4550 Bellview Avenue
Kansas City MO 64111-3506

Colin Gotham, Esq.
Evans & Mullinix, PA
7225 Renner Road, Suite 200
Shawnee KS  66217

Respectfully submitted,
By: /s/ Mark S. Neighbors
Plaintiff
14761 Bond
Overland Park KS 66221
Fax: 913-681-2028
Phone: 913-915-9477
marksneighbors@gmail.com