

FILED
Kansas City, KS
MAY 17 2013
Clerk
U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

                              Case No. 11-21003-11
                                       11-21022-11

            Debtors.

---

MARK STEPHEN NEIGHBORS,
SHELLY KAY NEIGHBORS, and
NEIGHBORS INVESTMENTS, INC.

            Plaintiffs,                        Adversary Proceeding No. 12-60997

vs.

LINDA LOUISE BEADLE,

            Defendant.

## AFFIDAVIT

**STATE OF KANSAS**                        )
                                              ) ss.
**COUNTY OF JOHNSON**          )

      Michael Sexton, of lawful age, being first duly sworn on his oath, deposes and states that he has read the statements contained herein, and that the statements given are true and correct to the best of his knowledge, information and belief.

1. Movants filed their Motion to Withdraw on April 1, 2013, and served copies of the motion on debtor/plaintiffs, counsel for debtors, and counsel for defendant.

2. Debtors/Plaintiffs were also provided a copy of all documents maintained by Affiant, including the Parties Report of Planning meeting, which sets forth all relevant dates and deadlines in this case.

3. As reflected in Objection to the Motion to Withdraw (Exhibit 1) and the electronic mail from Mark Neighbors of May 14, 2013, and Affiants reply to the e-mail (Exhibit 2), debtors/plaintiffs, it is apparent that debtors/plaintiffs received the Motion to Withdraw and have actual notice of it.

4. The address of Debtors/Plaintiffs is 14761 Bond Street, Overland Park, Kansas 66221, and notices and pleadings can be received by Debtors/Plaintiffs at that address.

5. The Debtors/Plaintiffs are currently represented by counsel in their bankruptcy case, although their counsel is not counsel of record in the adversary proceeding. Through bankruptcy counsel Debtors/Plaintiffs have received notice of all pleadings and court appearances pertaining to their bankruptcy case.

_____
Michael L. Sexton
Affiant

Subscribed and sworn to before me this 17th day of May, 2013.

_____
Notary Public

My Commission Expires:

LYNN R. PANNELL
Notary Public - State of Kansas
My Appt. Expires 3·17·16

## CERTIFICATE OF MAILING

I, Michael Sexton, hereby certify that I placed a copy of the above in the U.S. Mail, first class postage prepaid, this 17th day of May, 2013, to: Erlene Krigel, 4550 Belleview, Kansas City, Missouri 64111, attorney for Debtors/Plaintiffs; Colin N. Gotham, 7225 Renner Road, Suite 200, Shawnee, Kansas 66217, attorney for defendant, and to Mark Neighbors, Shelly Neighbors, 14761 Bond, Overland Park, Kansas 66221, Debtors/Plaintiffs.

/s/ Michael L. Sexton
Michael L. Sexton
Attorney for Plaintiff

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS, | ) | Case No. 11-21003-11 |
| SHELLY KAY NEIGHBORS, and | ) | Case No. 11-21022-11 |
| NEIGHBORS INVESTMENTS, INC. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS, | ) | |
| SHELLY KAY NEIGHBORS, and | ) | |
| NEIGHBORS INVESTMENTS, INC., | ) | Adversary Proceeding No. 12-06097 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA LOUISE BEADLE, | ) | |
| | ) | |
| Defendant. | ) | |

## SUGGESTIONS IN OPPOSITION TO MOTION TO WITHDRAW

COME NOW Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors, and for their Suggestions in Opposition to attorneys Mike Sexton and Bert Braud's Motion to Withdraw as Counsel, state as follows:

1. Movants filed their Motion to Withdraw as Counsel on or about April 1, 2013.

2. An attorney who has appeared in a case may only withdraw from a case in accordance with D. Kan. Rule 83.5.5 <u>and</u> the Kansas Rules of Professional Conduct.

3. The Kansas Rules of Professional Conduct provide that a lawyer may only withdraw from representing a client if withdrawal can be accomplished without a material adverse effect on the interests of the client. Kansas Supreme Court Rule 226 - KRPC 1.16.

4. Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors are not represented by substitute counsel and are not qualified to represent themselves *pro se*.

5. Plaintiff/Debtor Neighbors Investments, Inc. is a Kansas corporation and legally distinct from Mark and Shelly Neighbors as individuals; Mark and Shelly Neighbors cannot represent the interests of Neighbors Investments, Inc. *pro se* without violating the prohibition against the unauthorized practice of law.

6. When Plaintiffs/Debtors Mark and Shelly Neighbors retained counsel herein, counsel represented that they were willing to pursue Plaintiffs' claims against Beadle to fruition.

7. Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors object to the withdrawal of attorneys Mike Sexton and Bert Braud on the grounds that their withdrawal would materially prejudice their claims by preventing them from prosecuting said claims and/or by delaying the prosecution of said claims by requiring Plaintiffs/Debtors to seek and retain new counsel.

WHEREFORE Plaintiffs/Debtors Mark Neighbors and Shelly Neighbors pray that this Court deny movants' Motion to Withdraw as Counsel and for such further relief as this Court deems necessary and proper.

/s/Mark Neighbors
*Pro Se*

/s/Shelly Neighbors
*Pro Se*

14761 Bond, Overland Park KS 66221
913-681-2028 FAX
913-915-9477 PHONE
marksneighbors@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Suggestions in Opposition to Motion to Withdraw was mailed on this 11th day of May 2013 to the parties listed below:

Office of U.S. Trustee
301 N Main, Suite 1150
Wichita KS 67202

U.S. Bankruptcy Court
161 U.S. Courthouse
500 State Avenue
Kansas City KS 66101

Mike Sexton
Sexton & Shelor Law Firm
6901 Shawnee Mission Parkway, Suite 111
Shawnee Mission KS 66204

Bert Braud
Popham Law Firm
712 Broadway Boulevard
Kansas City MO 64105

Erlene Krigel
4550 Bellview Avenue
Kansas City MO 64111-3506

Colin Gotham, Esq.
Evans & Mullinix, PA
7225 Renner Road, Suite 200
Shawnee KS 66217

        Respectfully submitted,
        By: /s/ Mark S. Neighbors
        Plaintiff
        14761 Bond
        Overland Park KS 66221
        Fax: 913-681-2028
        Phone: 913-915-9477
        marksneighbors@gmail.com

# EXHIBIT 2

**Mike Sexton**

| | |
|---|---|
| From: | Mark Neighbors [marksneighbors@gmail.com] |
| Sent: | Tuesday, May 14, 2013 11:14 AM |
| To: | Kirk Rahm; Bert Braud; Mike Sexton |
| Cc: | Erlene Krigel |
| Subject: | Attorney's |

Dear Mike, Bert, & Kirk,

We are laymen and do not understand the legal processs.
We filed an objection to your motion to dismisss.
As our attorney's please advise us of any time sensitive issues related to Neighbors verses Beadle or Beadle verses Neighbors.
We are asking you to obtain and provide to us the remaining subpoena items from Jo. Co. Sheriff's office.
Discussion with Erlene suggests Linda Beadle does not have the right to counter sue us as she did not file a claim against us and is not listed as a creditor.
Please advise us with your professional opinion .
As you know we are missing a number of items from the 2004 exams of Linda Beadle, Bank of Versailles, David & Marsha Baumgartner, and Cornerstone
Cpa, David Imhoff.
What are your comments and. professional advice on these production items?
We have assembled billings related to the 2004 exams from Erlene's office that we will forward to you in a few days.

Sincerely,
Mark & Shelly Neighbors

--

# Mark Neighbors
## *Platinum Commercial*
A Platinum Realty Company
**Direct Phone: 913-915-9477**
**Direct Fax: 913-681-2028**

Interception, review, dissemination, distribution or copy of Email communications is unlawful and criminally punishable under *Electronic Communications Privacy Act & Computer Fraud and Abuse Act.*

# Mike Sexton

**From:** Mike Sexton [mls@sslplaw.com]
**Sent:** Tuesday, May 14, 2013 12:19 PM
**To:** 'Mark Neighbors'; 'Kirk Rahm'; 'Bert Braud'
**Cc:** 'Erlene Krigel'
**Subject:** RE: Attorney's

Mark –
I have provided you with every document pertaining to the Beadle file so I have nothing else to give you. I have also provided to you the scheduling order from the report of the parties planning meeting which lists all relevant dates. As there were no 2004 examinations of Bank of Versaille, Baumgartners, Cornerstone Bank, and Imhoff, there ware no documents to provide and no missing documents.
Mike

SEXTON & SHELOR
6901 Shawnee Mission Pkwy.
Suite 111
Shawnee Mission, Kansas 66202
Tel 913-789-7477
Fax 913-789-7377

CONFIDENTIALITY NOTICE: This email is a confidential communication from the law office of Sexton & Shelor, and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and may be a toritious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (913) 789-7477 and permanently delete and/or destroy the original and any electronic or printed copies of this electronic communication. Note: The Missouri and Kansas Bar Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent you you or by you may be copied and held by various computers it passes thorugh as it goes from me to you or vice-versa; (3) persons not participating in our communication may intercept our communications by improperly gaining access to your computer or my computer or even some computer unconnected to either of us which the email passes through. If you want future communications to be sent in a different manner, please notify me immediately.

---

**From:** Mark Neighbors [mailto:marksneighbors@gmail.com]
**Sent:** Tuesday, May 14, 2013 11:14 AM
**To:** Kirk Rahm; Bert Braud; Mike Sexton
**Cc:** Erlene Krigel
**Subject:** Attorney's

Dear Mike, Bert, & Kirk,

We are laymen and do not understand the legal processs.
We filed an objection to your motion to dismisss.
As our attorney's please advise us of any time sensitive issues related to Neighbors verses Beadle or Beadle verses Neighbors.
We are asking you to obtain and provide to us the remaining subpoena items from Jo. Co. Sheriff's office.
Discussion with Erlene suggests Linda Beadle does not have the right to counter sue us as she did not file a claim against us and is not listed as a creditor.

1

Please advise us with your professional opinion.

As you know we are missing a number of items from the 2004 exams of Linda Beadle, Bank of Versailles, David & Marsha Baumgartner, and Cornerstone Cpa, David Imhoff.

What are your comments and. professional advice on these production items?

We have assembled billings related to the 2004 exams from Erlene's office that we will forward to you in a few days.

Sincerely,
Mark & Shelly Neighbors

--

**Mark Neighbors**
*Platinum Commercial*
A Platinum Realty Company
**Direct Phone: 913-915-9477**
**Direct Fax: 913-681-2028**

Interception, review, dissemination, distribution or copy of Email communications is unlawful and criminally punishable under **Electronic Communications Privacy Act & Computer Fraud and Abuse Act**.

2

Case 12-06097    Doc# 43    Filed 05/17/13    Page 11 of 11