U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
5/17/2013
Hon. Dale L. Somers, Presiding

01:30 PM

___

Case Information:
    12-06097 Neighbors vs. Beadle

    Leadcase: 11-21003-11 In Re: Mark Stephen Neighbors and Shelly Kay Neighbors

Judge: DLS    Filed: 07/12/2012    Pln Confirmed:

___

Appearances:
XX    Bert S. Braud, Michael L. Sexton representing Mark Stephen Neighbors (Plaintiff)
XX    Bert S. Braud, Michael L. Sexton representing Shelly Kay Neighbors (Plaintiff)
X    Colin N. Gotham representing Linda Louise Beadle (Defendant)
X    Erlene W. Krigel on behalf of Debtors

___

Issue(s):    [20] Motion to Withdraw as Attorneys for Plaintiffs Mark Stephen Neighbors, Shelly Kay Neighbors filed by Bert S. Braud, Michael L. Sexton (kns) (Entered: 04/02/2013)

[40] Objection to (related document(s): 20 Motion to Withdraw as Attorney filed by Bert S. Braud, Michael L. Sexton, Michael L. Sexton filed by Counter-Claimant Mark Stephen Neighbors, Counter-Defendant Mark Stephen Neighbors, Plaintiff Mark Stephen Neighbors, Counter-Claimant Shelly Kay Neighbors, Counter-Defendant Shelly Kay Neighbors, Plaintiff Shelly Kay Neighbors) Filed by Plaintiffs Mark Stephen Neighbors , Shelly Kay Neighbors (kns) (Entered: 05/15/2013)

[43] Affidavit Re: Filed by Michael L. Sexton on behalf of Mark Stephen Neighbors , Shelly Kay Neighbors . (kns) (Entered: 05/20/2013)

___

Notes/Decision:

**Argument by Ms. Krigel, Mr. Sexton. Motion is granted, order by Mr. Sexton**

___

Courtroom Deputy: Susan A. Franklin
ECRO Reporter: Kathy Sellin, John M. Bowen & Associates