
| | |
|---|---|
| In Re: | |
| MARK STEPHEN NEIGHBORS<br>SHELLY KAY NEIGHBORS, and<br>NEIGHBORS INVESTMENTS, INC., | Case No. 11-21003-11<br>Case No. 11-21022-11<br>Chapter 11 |
| Debtors. | |
| MARK STEPHEN NEIGHBORS<br>SHELLY KAY NEIGHBORS, and<br>NEIGHBORS INVESTMENTS, INC., | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 12-6097 |
| LINDA LOUISE BEADLE, | |
| Defendant. | |

### RESPONSE TO MICHAEL D. TOWNSEND MOTION TO WITHDRAW

Mark & Shelly Neighbors Debtors respond to AMENDED MOTION TO WITHDRAW AS COUNSEL and NOTICE OF OBJECTION DEADLINE WITH OPPORTUNITY FOR NONEVIDENCIARY HEARING ON ATTORNEY MICHAEL D. TOWNSEND'S MOTION TO WITHDRAW.

According to the Amended Motion, response is due August 29, 2014.

1. Due to the 10 day time constraint within Michael Townsend's objection deadline,

    Debtors have not engaged new counsel and without choice file this notice on behalf

of the Estate.

2. Approximately May 5, 2013 Debtors engaged Michael Townsend and Peddicord & Townsend LLC to represent Debtors with a number of legal cases that impacted the Neighbors Estate including a Kansas Lawsuit against Neighbors former bookkeeper Linda Louise Beadle. Additionally on June 7, 2013, Debtors engaged Michael Townsend and his firm to represent Debtors with matters involving persons and entities named in Debtors estate as potential defendants.

3. Michael Townsend filed a Motion on January 7, 2014 to Compel Bank of Versailles that comprised approximately $4,100,000.00 dollars with over 840 missing and/or irreconcilable transactions.

4. On or about March 11, 2014 Debtors met Peddicord & Townsend LLC law clerk Michael Wachtel at the offices of Peddicord & Townsend LLC. Michael Wachtel indicated to Debtors he is cousin to Shannon Wachtel Troutman. Shannon Wachtel Troutman is niece to Linda Louise Beadle. Ms. Troutman worked in Neighbors Investments Inc. office on a Temporary basis.

5. Michael Townsend is by marriage also cousin to Shannon Wachtel Troutman.

6. Shannon Wachtel Troutman worked in Neighbors offices; during her short time period of working at Neighbors Investments Inc there are questionable payments to Shannon Wachtel Troutman and her husband James Troutman.

7. There are significant questionable expenses related to an Industrial Building

Neighbors were building for Troutman Drywall.

8. Michael Townsend indicated to Debtors he notified the Missouri Attorney's Bar Townsend relayed he would have a "Chinese Wall" within his office.

9. On April 15, 2014, Michael Townsend sent Debtors an email indicating he quit Debtor's on all matters.

10. Michael Townsend continued to represent Debtor's as Townsend was also counsel to Shelly Neighbors Personal Injury Case that had not been settled.

11. Defendant, Linda Louise Beadle admitted to the Johnson County Sherriff's Department that she stole from the Debtors and altered their computers. In a deposition, Beadle refused to answer questions regarding financial, computers and accounting; Linda Louise Beadle invoked her 5th Amendment rights.

12. Recently, Michael Townsend indicated that he would not pursue the Bank of Versailles or David Baumgartner.

13. Debtors are concerned with the management of their case and Statutes of Limitations that may be running on the Beadle case as well as other cases.

14. Michael Townsend filed a Motion with the court to withdraw from representation to Debtors. Debtors plea with the courts to impose replenishment of the approximate $27,000.00 dollars to the Debtor's Estate that Debtor's paid Peddicord & Townsend's firm plus $7,500.00 dollars for retainer fee to hire new counsel and $12,000.00 dollars for expert witness fees that will be duplicated with new counsel

and that no additional fees will be paid or due Michael Townsend or his firm Peddicord & Townsend for any matter. Additionally Michael Townsend assist Debtor's in securing new counsel.

15. Debtors are without choice and ask the courts to allow Michael Townsend's withdrawal for legal services on all matters.

Respectfully submitted,

*Mark Neighbors* (signature)

Debtors

Mark Neighbors
Shelly Neighbors
Neighbors Investments Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served personally to Kansas Bankruptcy Court August 19, 2014.

Certified Mail Copies will be sent to:

Michael D. Townsend KS#23032
Peddicord & Townsend, LLC
106 West 11th Street, Suite 1630
Kansas City, MO 64105

Colin Gotham
7225 Renner Road, Suite 200
Shawnee, KS 66217
Attorney for Linda Louise Beadle

Erlene Krigel
Krigel & Krigel
4550 Belview Avenue
Kansas City, Mo 64111