**SO ORDERED.**

**SIGNED this 9th day of October, 2015.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-21003-11 |
| Mark Neighbors, Shelly Neighbors, and ) | Case No. 11-21022-11 |
| Neighbors Investments, Inc. ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| _____) | |
| ) | |
| Mark Neighbors, Shelly Neighbors, and ) | |
| Neighbors Investments, Inc., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 12-06097 |
| v. ) | |
| ) | |
| Linda Beadle, ) | |
| ) | |
| Defendant. ) | |

1

# ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY FARMERS BANK & TRUST (DOC. 196).

COMES NOW the undersigned attorney of record, Camron L. Hoorfar of the Law Office of Camron L. Hoorfar, P.C., for Plaintiffs Mark Neighbors, Shelly Neighbors, and Neighbors Investments, Inc., and submits this order to the Court withdrawing the Motion to Withdraw Plaintiffs' Motion to Compel Production of Documents by Farmers Bank & Trust for the following reasons:

1. Plaintiff filed a Motion to Compel Production of Documents by Farmers Bank & Trust, Document #196, on July 31, 2015.

2. Plaintiffs' filed a motion to withdraw the motion to compel on October 8, 2015.

IT IS THEREFORE ORDERED that the Plaintiffs' Motion to Compel Production of Documents by Farmers Bank & Trust is withdrawn.

Law Office of Camron Hoorfar, PC

/s/ Camron Hoorfar
Camron Hoorfar, KS 24008
202 SW Market Street
Lee's Summit, MO 64063
Phone: 816-524-4949
Fax: 816-524-4963
Choorfar@Hoorfarlaw.com
Attorney for Plaintiffs

```
                          United States Bankruptcy Court
                                District of Kansas
Neighbors,
        Plaintiff                                    Adv. Proc. No. 12-06097-DLS
Beadle,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1083-2          User: judy              Page 1 of 1           Date Rcvd: Oct 09, 2015
                              Form ID: pdf020ap       Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2015.
dft            +Linda Louise Beadle,    11678 South Carriage Road,    Olathe, KS 66062-8029
pla            +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla            +E-mail/PDF: marksneighbors@gmail.com Oct 09 2015 19:23:36     Mark Stephen Neighbors,
                 14761 Bond Street,    Overland Park, KS 66221-9650
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            +Linda Louise Beadle,    11678 South Carriage Road,    Olathe, KS 66062-8029
cd*            +Linda Louise Beadle,    11678 South Carriage Road,    Olathe, KS 66062-8029
cd*            +Mark Stephen Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
cc*            +Mark Stephen Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
cd*            +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
cc*            +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2015 at the address(es) listed below:
              Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
                                                                                             TOTAL: 10
```